

IN THE
TENTH COURT OF APPEALS

_____

No. 10-13-00242-CV

IN THE INTEREST OF J.F. AND W.F., CHILDREN,

_____

From the 21st District Court
Burleson County, Texas
Trial Court No. 25,800

MEMORANDUM OPINION

On July 25, 2013, this Court received Appellant's notice of appeal stating that she seeks to appeal a child-support order to the 21st District Court in Burleson County, Texas. Subsequently, on August 7, 2013, we received a letter from the Burleson County District Clerk stating that Appellant's notice of appeal was erroneously sent to this Court.

By letter dated August 21, 2013, the Clerk of this Court notified Appellant that we would dismiss this appeal unless, within fourteen days from the date of the letter, a response was filed showing grounds for continuing the appeal. More than fourteen

days have passed, and Appellant has not responded to the Clerk's August 21 letter.

Accordingly, this appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed September 19, 2013
[CV06]